

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte: Jeff Burks

No. 06-13-00217-CR

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2013-304). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find error. We grant Jeff Burks' application for writ of habeas corpus. Burks and his bond are hereby discharged.

RENDERED APRIL 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk